ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:23-cr-00367-WHA |
| Plaintiff, | ) **NOTICE OF DISMISSAL** |
| v. | ) |
| HENRY HIEUHUU LE, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information against HENRY HIEUHUU LE.

DATED: October 24, 2023                                         Respectfully submitted,

                                                                            ISMAIL J. RAMSEY
                                                                            United States Attorney

                                                                            */s/ Thomas A. Colhurst*
                                                                            THOMAS A. COLTHURST
                                                                            Chief, Criminal Division

Leave is granted to the government to dismiss the information against HENRY HIEUHUU LE.

Date: **October 24, 2023**

_____
HON. WILLIAM ALSUP
Senior United States District Judge